UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| RICHARD EUGENE WARREN, ) | |
| ) | |
| Petitioner, ) | |
| vs. ) | No. 2:12-cv-0383-JMS-WGH |
| ) | |
| JOHN OLIVER, Warden, ) | |
| ) | |
| Respondent. ) | |

**Entry and Order Dismissing Action**

**I.**

In this Circuit, the exhaustion of administrative remedies is a condition precedent to suit in a habeas corpus proceeding. *See Richmond v. Scibana*, 387 F.3d 602, 604 (7th Cir. 2004) ("A common-law exhaustion rule applies to [28 U.S.C.] § 2241 actions even though § 1997e(a) does not."); *Greene v. Meese*, 875 F.2d 639, 640 (7th Cir. 1989) ("[T]he requirement of exhaustion is judge made for federal [habeas corpus cases] . . . but it is a requirement nonetheless.") (internal citations omitted). Thus, "[f]ederal prisoners are required to exhaust administrative remedies or show cause why they have not done so before a court will adjudicate a petition for a writ of habeas corpus." *Dunne v. Henman*, 1990 WL 132248, *1 (7th Cir. 1990) (*citing Murray v. Carrier*, 477 US 478 (1986)).

Habeas petitioner Richard Warren was given through March 12, 2014, in which to supplement his petition for writ of habeas corpus by habeas corpus by demonstrating that he has exhausted his administrative remedies. Because that deadline has passed and Warren has not responded to these directions, the action is dismissed without prejudice.

**II.**

Judgment consistent with this Entry shall now issue.

IT IS SO ORDERED.

Date: 03/24/2014

_Hon. Jane Magnus-Stinson, Judge_
United States District Court
Southern District of Indiana

Distribution:

RICHARD EUGENE WARREN
70874-083
TERRE HAUTE FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808